UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL HUGHES,<br><br>Defendant. | No. 1:15-CR-2051-LRS<br><br>ORDER QUASHING WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

**IT IS HEREBY ORDERED:**

1. The Government's Motion to Quash Writ of Habeas Corpus Ad Prosequendum (ECF No. 24) is **GRANTED**.

2. The Writ of Habeas Corpus Ad Prosequendum (ECF No. 23) is quashed.

DATED December 2, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1